*616-15*

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta, Clerk

NO. PD-0616-15

ORIGINAL

IN THE

COURT OF CRIMINAL APPEALS

IN AUSTIN TEXAS

MELVIN LEE SANDERS, III                    PETITIONER

Vs.

THE STATE OF TEXAS                         RESPONDANT

PETITIONER'S MOTION FOR REHEARING

On rehearing from a refusal of the Court of Criminal Appeals in
No. PD-0616-15 on October 7, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 02 2015

Abel Acosta, Clerk

Melvin Lee Sanders, III

#01931978-Coffield

2661 FM 2054

Tenn.Colony, Tx. 75884

Pro se.

NO. PD-0616-15

| | | |
|---|---|---|
| MELVIN LEE SANDERS, III | § | IN THE COURT OF CRIMINAL |
| V. | § | APPEALS AT AUSTIN, TEXAS. |
| THE STATE OF TEXAS | § | |

## MOTION FOR REHEARING

COMES NOW, Melvin Lee Sanders, #01931978, Petitioner in the above -styled and -numbered cause and files his motion for Re-hearing, and shows this Honorable Court GOOD CAUSE to GRANT re-hearing as follows:

## THE 10th COURT OF APPEALS' DECISION

The 10th District Court of Appeals ultimately denied relief because (1) Ms. Grant's affidavit (a juror who sat on the Peti-tioner's trial) failed to name the juror who made the statement "He's going to jail anyways," while they were deliberating. (2) There was **no indication** in the record that the motion for a new trial was presented to the trial court. (3) There was no hearing set or held to adduce facts not in the record to expand on Juror Grant's affidavit, being the result of a motion for new trial not presented to the trial court. And, (4) There is no evidence on the record to indicate the trial court's instruction did not cure any prejudice associated with the witness' non-responsive, answers. See Memorandum Opinion *7.

## PETITIONER'S ARGUMENT

The Petitioner argues and presents his motion for new trial to this Honorable Court, filed on July 7, 2014. See Appendix A affixed. This motion was presented to the trial court. Addition-

Sanders v. State                                    Page 1

ally, it was the duty of the trial court to order for a hearing to expand Ms. Grant's affidavit. Further, if the trial court would have ordered for a hearing, Ms. Grant would have provided Specific facts, names (if known), and any other relevant facts that will support Petitioner's motion for new trial.

Axiomly, there is no legitimate reason the 10th Court of Appeals would completely egnore the fact that the Petitioner has filed a motion for new trial. **See Appendix A affixed.** Therefore, there is a substantial amount of evidence, simply by the presentation of the Petitioner's Appendix A alone, in order to constitute for this Honorable court to rehear this case at hand.

Secondly, the 10th District Court of Appeals concluded that there is "no evidence on the record to indictate the trial court's instruction did not cure any prejudice associated with the witness' non-responsive answers." **See Memorandum Opinion \*7.**

Truly, the jury did not regard any type of instructions from the trial judge at all because Ms. Grant revealed that the entire deliberation was over the Petitioner's extraneous and pending offense—concluding that "He's going to jail anyways," even if they found him not guilty. Additionally, discussed the fact that one of the juror's was a victim of Sexual Abuse. The jury did not follow the instructions and the jury did not come to an unanimous verdict based on the evidence at trial—dening Petitioner's presumption of innocence. Instead, the jury came to a conclusion of guilty based on one juror's past sexual abuse history (that was

concealed from the entire tribunal with the rest of the parties), and the Petitioner's pending charge(s).

Finally, the Petitioner implores this Honorable Court to grant rehearing becuase of the overwhelming amount of evidence that cannot be overlooked. See **Appendix A affixed.**

## PRAYER FOR RELIEF

The Petitioner prays that this Honorable Court will GRANT rehearing and request for briefs on the merits, or as rendered by this Honorable Court.

Melvin Lee Sanders III
#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## INMATE DECLARATION

I, Melvin Sanders, III, #01931978, being incarcerated in the TDCJ-CID Coffield unit in Anderson County, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of November 19, 2015.

Melvin Lee Sanders III
#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Melvin Sanders, III, #01931978, have placed this motion for rehearing in the internal mailing system of the Coffield unit

on November 19, 2015. This is true and correct under the penalty of perjury. Executed this day of November 19, 2015.

Melvin Sanders III
#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

NO. PD-0616-15

| | | |
|---|---|---|
| MELVIN LEE SANDERS, III | § | IN THE COURT OF CRIMINAL |
| V. | § | |
| THE STATE OF TEXAS. | § | APPEALS AT AUSTIN, TEXAS. |

## CERTIFICATION OF GOOD FAITH

I, Melvin Lee Sanders, III, #01931978, Petitioner certifies that this motion for rehearing is substantially grounded, and done in good faith and not for any form of delay. See T.R.A.P. 73.2(c). This is true and correct under the penalty of perjury. Executed this day of November 19, 2015.

*Melvin Lee Sanders III*
Melvin Lee Sanders, III
#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

CERTIFICATION PAGE IN SANDERS v. STATE.

CLERK of the Court of
Criminal Appeals at Austin
P.O. 12308, Capitol Station
Austin, Tx. 78711                          Nov. 19, 2015.


        RE: Sanders v. State, No. PD-0616-15


        Dear Clerk of the Court,

        Enclosed is a copy of the motion for rehearing that is due
on November 23, 2015, as ordered. Enclosed also is a motion to
file a single copy, please provide all parties with a copy of
this motion for rehearing.

        Thank you for all your help and time within this matter!



                              Respectfully,

                              *Melvin Lee Sanders III*
                              Melvin Lee Sanders III
                              #01931978-Coffield
                              2661 FM 2054
                              Tenn.Colony, Tx. 75884
                              Pro se.








Cc: file.

NO. PD-0616-15

MELVIN LEE SANDERS, III   §   IN THE COURT OF CRIMINAL

V.   §

THE STATE OF TEXAS.   §   APPEALS IN AUSTIN, TEXAS

## MOTION TO FILE A SINGLE COPY

COMES NOW, Melvin Lee Sanders, III, #01931978, Petitioner in the above -styled and -numbered cause and files his motion for a single copy, and shows this Honorable Court GOOD CAUSE to GRANT this motion as follows:

1. The Petitioner is incarcerated in the TDCJ-CID Coffield unit in Anderson County, and is indigent.

2. The Petitioner does not have counsel for his help in or- der to fulfill the required copies.

3. The Coffield unit does not allow for inmates to have access to a copying machine in order to provide this Honorable Court the required copies.

4. The Petitioner requests for this Honorable Court to order the clerk of the court to make and provide the necessary parties with the required documents at hand, and without penalty.

## PRAYER FOR RELIEF

The Petitioner prays that this Honorable Court will GRANT this motion and Order the Clerk of the Court to make and provide all parties with the motion for rehearing.

Melvin Lee Sanders, III
#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

page 1

## INMATE DECLARATION

I, Melvin Lee Sanders, III, #01931978, Petitioner is incarcerated in the TDCJ-CID Coffield unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. Executed this day of November 19, 2015.

Melvin Lee Sanders, III
#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Melvin Lee Sanders, III, #01931978, have placed this motion for a single copy into the internal mailing system of the Coffield unit in Anderson County, on November 19, 2015. This is true and correct under the penalty of perjury. Executed this day of November 19, 2015.

Melvin Lee Sanders, III
#01931978-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

NO. PD-0616-15

IN THE

COURT OF CRIMINAL APPEALS

IN AUSTIN TEXAS

---

MELVIN LEE SANDERS, III                                    PETITIONER

Vs.

THE STATE OF TEXAS                                         RESPONDANT

===

APPENDIX A

PETITIONER'S MOTION FOR NEW TRIAL

FILED ON JULY 7, 2014

===

On rehearing from a refusal of the Court of Criminal Appeals in No. PD-0616-15 on October 7, 2015.

---

Melvin Lee Sanders, III

#01921978-Coffield

2661 FM 2054

Tenn.Colony, Tx. 75884

Pro se.

CAUSE NO. F47748

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | JOHNSON COUNTY, TEXAS |
| | § | |
| MELVIN LEE SANDERS, III | § | 18TH JUDICIAL DISTRICT |

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

**Melvin Lee Sanders, III**, Defendant, moves this Court to set aside the verdict and sentence rendered on the 10th day of June, 2014, in the above-styled and -numbered cause and to order a new trial, and in support thereof shows:

1. The judgement of Conviction by Jury is contrary to the law and the evidence.

2. There was juror misconduct during deliberations on guilt/innocence, at least one juror stated the Defendant was going to prison anyway because of the warrants testified to by he prosecution witnesses.

3. Further, one of the female jurors stated during deliberations that she had been raped in the past, but that she had not told anyone that she had been raped except her husband, until she was in the jury room near the end of deliberations. This willful concealment of material information resulted in seating a juror that could not be impartial as to Defendant's guilt or innocence of the crime for which he was on trial.

4. Additionally, juror Mona Grant stated that after hours of deliberations, and discussions regarding the cost of re-trying the case, she changed her vote from 'not guilty' to 'guilty' because she was tired of the arguing and she did not want to deal with discussions from the other juror's experience of being raped, and that she assumed the case would be reversed on appeal. Ms. Grant stated that she had reasonable doubt as to the Defendant's guilt in this case.

The Affidavit of Mona Grant, a juror in this cause, is attached hereto as Exhibit "A" for all purposes.

5.    Additionally, the court did not allow testimony of the victim's sexual history, even after the Prosecutor alleged that this alleged act was the victim's first sexual experience. This allegation was highly prejudicial and mislead the jury regarding the alleged victim's sexual history and the purported trauma associated with the alleged assault. The Affidavit of Joeleta Kyle, a potential witness with personal knowledge of these facts, together with knowledge of the alleged victim's reputation for truth and veracity, is attached hereto as Exhibit "B" for all purposes.

WHEREFORE, **Melvin Lee Sanders, III**, Defendant, requests that this Court set aside the judgement in this cause and order a new trial.

> DAVID E. HOUSTON, ATTORNEY AT LAW
> 3 East Henderson Street
> Post Office Box 1027
> Cleburne, Texas 76033-1027
> Telephone: 817.558.3056
> Facsimile: 817.558.3066
>
> By: _____
> DAVID E. HOUSTON
> State Bar No. 10052300
> Attorney for Melvin Lee Sanders, III

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served upon Hon. Dale Hanna, District Attorney, Guinn Justice Center, 204 South Buffalo, Cleburne, Texas 76033, by United States Mail, certified, return receipt requested, postage prepaid; or by hand delivery; or by facsimile transmitted before 5:00 o'clock p.m., on this 7th day of July, 2014.

_____
DAVID E. HOUSTON

## CAUSE NO. F47748

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| --- | --- | --- |
| | § | |
| VS. | § | JOHNSON COUNTY, TEXAS |
| | § | |
| MELVIN LEE SANDERS, III | § | 18TH JUDICIAL DISTRICT |

## AFFIDAVIT IN SUPPORT OF DEFENDANT'S MOTION FOR NEW TRIAL

On this _____ day of July, 2014, **Mona Grant** appeared in person before me today and stated under oath:

"My name is **Mona Grant**. I am above the age of eighteen years, and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I was a juror in the guilt/innocense phase in the trial of the case entitled *The State of Texas vs. Melvin Lee Sanders, III*, tried in the 18th Judicial District Court in Johnson County, Texas from June 2, 2014 to June 5, 2014.

"During deliberations on guilt/innocence, at least one juror said he was going to prison anyway because of the warrants.

"Further, one of the female jurors stated during deliberations that she had been raped in the past, but that she had not told anyone that she had been raped except her husband, until she was in the jury room near the end of deliberations.

"After hours of deliberations, and discussions regarding the cost of re-trying the case, I changed my vote from 'not guilty' to 'guilty' because I was tired of the arguing and I did not want to deal with the revelation regarding the other juror's claim that she was raped. I assumed the case would be reversed on appeal.

"I regret changing my vote from 'not guilty' to 'guilty.' I had reasonable doubt that the Defendant was guilty of the sexual assault at the time, and I still have reasonable doubt as to his guilt today."

_____
MONA GRANT

SIGNED under oath before me by Mona Grant on this 3 day of July, 2014.

_____
Notary Public, State of Texas

EXHIBIT "A"

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | JOHNSON COUNTY, TEXAS |
| | § | |
| MELVIN LEE SANDERS, III | § | 18TH JUDICIAL DISTRICT |

## AFFIDAVIT OF JOELETA KYLE IN SUPPORT
## OF DEFENDANT'S MOTION FOR NEW TRIAL

On this _____ day of July, 2014, **Joeleta Kyle** appeared in person before me today and stated under oath:

"My name is **Joeleta Kyle**. I am above the age of eighteen years, and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"My name is **Joeleta Kyle**. I am above the age of eighteen years, and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I am the mother of **Melvin Lee Sanders, III**, Defendant in this case.

"Amy Walsh and her daughter Caitlin lived with me off and on for seven years and they had been living in my home for about two years up to the last time they moved out.

"Amy Walsh was on probation for food stamp fraud and had three dirty urinalysis. Caitlin was on birth control pills when she was eleven years old. Caitlin was having sex with a boy names Donavan that lived with his grandmother across the street from where she was living at 9412 John's Road, Alvarado, Texas. When Caitlin and her mother were staying in my house, I caught Caitlin and Donavan in bed together and made Donavan leave the house. The District Attorney said this was her first time when she made the outcry that **Melvin Lee Sanders, III** raped her.

"Donovan's grandmother, Molly, came to my home to talk to Amy and ask if Caitlin was pregnant and if it was true that Caitlin was going to say she was raped by Donovan. Amy told Molly that if Caitlin was pregnant, she would make her have an abortion because Amy was "not going to raise another fucking kid."

"Amy Walsh was taking Caitlin to the doctor for urinary tract infections and she would white out the dates on the doctor slips so she wouldn't get in trouble for

EXHIBIT "B"                                                        PAGE 1 OF 3

Caitlin missing school. Caitlin missed a lot of school because of her sex life at such a young age.

"Caitlin began dating Nick. Nick's mother, Nance Canava, would let the two of them sleep together every weekend. Amy Walsh would ground Caitlin from going to Nick's home but Nick would call Amy Walsh and tell her that if she did not let Caitlin come over, he would no longer supply Amy with free marijuana. When I asked Amy what she was going to do, she replied "I am taking Caitlin over there. I am not going to lose my free pot connection because of this little bitch."

"In October 2013, Caitlin's father, Jimmy Tinsley, got out of prison. I asked him to help Amy and Caitlin get a place to live and he said he did not want to help them because Amy was a "crazy bitch". He stated that Amy would go in and beat her head against a wall and then call the police and tell them he had been the one to do it. Amy had called the police on Jimmy multiple times and had him put in prison. She also told Jimmy that Caitlin had called the police on him.

"Dorothy Daniels and I went to a mobile home in Alvarado, Texas where the police had been called to because Caitlin had ran away from her mother and was in the residence with three over age males and two under age girls. I went with Amy to the police station to let the detective hear a recording on my phone from one of the over age males to Caitlin. Caitlin was then taken to Cook Children's Hospital but she refused to take a rape test. This was all four months before she accused **Melvin Lee Sanders, III** of rape and the Judge would not let the attorney of **Melvin Lee Sanders, III** see the information until it was too late.

"Caitlin lied to her mother telling Amy she has started her period when she was eleven years old when she really did not start until she was thirteen. Amy was never a good mother to Caitlin. Amy has had drug problems. She was in a drug raid when her first child was a baby. Amy lost custody of that child to her own mother. Child Protective Services was called on Amy when Caitlin was a baby because she would give her Tylenol to make Caitlin sleep when Amy was coming down off drugs. Amy calls Caitlin names like "back stabbing cunt." Amy uses Caitlin and she knows when they don't have a place to stay she can use Caitlin to call Dorothy Daniels or myself for a place to stay.

"I asked Amy to help with some of the bills or to move out. When I told her I need help with the electric bill she told me "Fuck you and your electric bill." I then told her to move out. When I told her to move the said "I will hit you where it hurts bitch". Caitlin came to me and asked when they would have to move out of my home and I told her as soon as they could.

"When Amy Walsh and Caitlin moved from my home, Amy had $2,000.00, of child support from Caitlin's father but because she did not want to spend the money on a place for them to live, she moved herself and Caitlin into a shelter.

"After they moved out is when called and made a report to the police that **Melvin Lee Sanders, III** raped Caitlin. Amy and Caitlin both tested positive for marijuana and Amy tested positive for methamphetamines on hair follicle tests.

"The pictures that were taken by the attorney for **Melvin Lee Sanders, III** of the dump truck, do not show where the dump truck was at the time of the alleged rape. In addition the dump truck is at least three feet off the ground. There is no way **Melvin Lee Sanders, III** could hold Caitlin's hands above her head and have a hand over her mouth, like she stated, while at the same time opening the door and putting her in the dump truck. The dump truck is also in a straight view of the house. At the time of the alleged incident my son Ricky was on hospice and dying in my home. There was someone at the house at all times.

'My son **Melvin Lee Sanders, III** was not in the home at all between July 2012 and October 2012. He came by the house in October 2012, about one week before his brother passed away. He was only there about an hour and then I did not see him again until the day of his brother's funeral."

JOELETA KYLE

SIGNED under oath before me by **Joeleta Kyle** on this 7th day of July, 2014.

HEATHER McCOY
Notary Public
STATE OF TEXAS
My Comm. Exp. June 19, 2018

Notary Public, State of Texas

EXHIBIT "B" PAGE 3 OF 3

Return Lee Sanders III
I.D.C.#01931978
H.Coffield Unit
661-FM-2054
Tennessee Colony, Tx. 75884

Clerk of The Court of
Criminal Appeals At Austin
P.O. Box #12308 Capitol Station
Austin, Tx. 78711

